**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of Kentucky | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Milner Electrical Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Milner Electrical Company; AKA Milner Electrical** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**61-1097013** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**817 Winchester Rd.**<br>**Ste 100**<br>**Lexington, KY**<br>ZIP Code **40505** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Fayette** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ■ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Milner Electrical Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Milner Electrical Company, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  **/s/ Michael B. Baker**
   Signature of Attorney for Debtor(s)

   **Michael B. Baker 91890**
   Printed Name of Attorney for Debtor(s)

   **The Baker Firm, PLLC**
   Firm Name

   **6900 Houston Road**
   **Bldg. 600, Suite 16**
   **Florence, KY 41042**
   Address

   **Email: mbaker@bakerlawky.com**
   **(859) 647-7777  Fax: (859) 647-7799**
   Telephone Number

   **August 17, 2011**
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ James I Milner, II**
   Signature of Authorized Individual

   **James I Milner, II**
   Printed Name of Authorized Individual

   **Vice President**
   Title of Authorized Individual

   **August 17, 2011**
   Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Kentucky

In re **Milner Electrical Company, Inc.**   Case No.
Debtor(s)   Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| KY DEPT OF REVENUE<br>Frankfort, KY 40620-0004 | KY DEPT OF REVENUE<br>Frankfort, KY 40620-0004 | TRADE DEBT | | 29,098.68 |
| Astro Controls, INC<br>1801 HURD DRIVE<br>Irving, TX 75038 | Astro Controls, INC<br>1801 HURD DRIVE<br>Irving, TX 75038 | TRADE DEBT | | 7,486.27 |
| Brock-McVey Co., Inc.<br>c/o David F. Pratt, Esq.<br>155 E. Main Street<br>Ste 215<br>Lexington, KY 40507 | Brock-McVey Co., Inc.<br>c/o David F. Pratt, Esq.<br>155 E. Main Street<br>Lexington, KY 40507 | Disputed as to avoidability. Debtor asserts lien is preferential. | Disputed | 792,247.31<br><br>(Unknown secured) |
| C R CABLE CONSTRUCTION INC.<br>400 BLUE SKY PKWY<br>Lexington, KY 40509 | C R CABLE CONSTRUCTION INC.<br>400 BLUE SKY PKWY<br>Lexington, KY 40509 | TRADE DEBT | | 5,425.00 |
| CAPE ELECTRICAL SUPPLY<br>1800 EAST HIGHWAY 80<br>Somerset, KY 42501 | CAPE ELECTRICAL SUPPLY<br>1800 EAST HIGHWAY 80<br>Somerset, KY 42501 | TRADE DEBT | | 203,796.94 |
| Commonwealth of Kentucky Education Cabinet Division of Unemployment Insurance<br>8020 Veteran Memorial<br>Florence, KY 41042 | Commonwealth of Kentucky Education Cabinet Division of Unemployment Insurance<br>Florence, KY 41042 | Unemployment Insurance. | | 56,611.45 |
| EQUIPMENT DEPOT<br>PO BOX 8500-8352<br>Philadelphia, PA 19178-8352 | EQUIPMENT DEPOT<br>PO BOX 8500-8352<br>Philadelphia, PA 19178-8352 | TRADE DEBT | | 16,036.80 |
| EXPRESS EMPLOYMENT SERVICES<br>PO BOX 535434<br>Atlanta, GA 30353-5434 | EXPRESS EMPLOYMENT SERVICES<br>PO BOX 535434<br>Atlanta, GA 30353-5434 | TRADE DEBT | | 6,694.66 |
| GEXPRO<br>PO BOX 100275<br>Atlanta, GA 30384-0275 | GEXPRO<br>PO BOX 100275<br>Atlanta, GA 30384-0275 | TRADE DEBT | | 33,783.04 |
| GRAYBAR ELECTRIC COMPANY<br>12444 Collections Center Dr.<br>Chicago, IL 60693-2444 | GRAYBAR ELECTRIC COMPANY<br>12444 Collections Center Dr.<br>Chicago, IL 60693-2444 | TRADE DEBT | | 140,667.99 |

B4 (Official Form 4) (12/07) - Cont.
In re  **Milner Electrical Company, Inc.**                                        Case No.
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **JIFFY FASTENING SERVICES**<br>**PO BOX 5039**<br>**Lexington, KY 40505** | **JIFFY FASTENING SERVICES**<br>**PO BOX 5039**<br>**Lexington, KY 40505** | **TRADE DEBT** | | 7,796.87 |
| **KENTUCKY UTILITIES**<br>**820 WEST BROADWAY**<br>**Louisville, KY 40202-2218** | **KENTUCKY UTILITIES**<br>**820 WEST BROADWAY**<br>**Louisville, KY 40202-2218** | **TRADE DEBT** | | 25,488.98 |
| **LEXINGTON FAYETTE CO GOV'T**<br>**PO BOX 3090**<br>**Lexington, KY 40508** | **LEXINGTON FAYETTE CO GOV'T**<br>**PO BOX 3090**<br>**Lexington, KY 40508** | Local Tax | | 10,840.49 |
| **NEW YORK LIFE INSURANCE**<br>**PO BOX 742545**<br>**Cincinnati, OH 45274-2545** | **NEW YORK LIFE INSURANCE**<br>**PO BOX 742545**<br>**Cincinnati, OH 45274-2545** | **TRADE DEBT** past due premium on Life Insurance policy of James Milner, I.  Policy owned by company. | | 3,504.32 |
| **NOVAR CONTROLS**<br>**PO BOX 847697**<br>**Dallas, TX 75284** | **NOVAR CONTROLS**<br>**PO BOX 847697**<br>**Dallas, TX 75284** | **TRADE DEBT** | | 6,948.74 |
| **RELECTRIC**<br>**1711 ROGER AVENUE**<br>**San Jose, CA 95112** | **RELECTRIC**<br>**1711 ROGER AVENUE**<br>**San Jose, CA 95112** | **TRADE DEBT** | | 18,186.00 |
| **REXEL SOUTHLAND**<br>**1440 SUNSHINE LANE**<br>**Lexington, KY 40505** | **REXEL SOUTHLAND**<br>**1440 SUNSHINE LANE**<br>**Lexington, KY 40505** | **TRADE DEBT** | | 18,490.77 |
| **SUNBELT RENTALS, INC**<br>**PO BOX 579**<br>**Newington, VA 22122-0579** | **SUNBELT RENTALS, INC**<br>**PO BOX 579**<br>**Newington, VA 22122-0579** | **TRADE DEBT** | | 7,039.77 |
| **WILLIAM R. RUSHING**<br>**5196 SHEPHARD LANE**<br>**Lexington, KY 40515** | **WILLIAM R. RUSHING**<br>**5196 SHEPHARD LANE**<br>**Lexington, KY 40515** | **TRADE DEBT** Accounting services | | 7,000.00 |
| **WLS LIGHTING SYSTEMS**<br>**PO BOX 100519**<br>**Fort Worth, TX 76185** | **WLS LIGHTING SYSTEMS**<br>**PO BOX 100519**<br>**Fort Worth, TX 76185** | **TRADE DEBT -** Should be paid directly by a third party pursuant to project draw. | | 9,215.04 |

**B4 (Official Form 4) (12/07) - Cont.**
In re  **Milner Electrical Company, Inc.**                                Case No. _____
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 17, 2011**                     Signature  **/s/ James I Milner, II**
                                                        **James I Milner, II**
                                                        **Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

.

KY DEPT OF REVENUE
Frankfort KY 40620-0004


A-1 Portable Buildings
801 Enterprise Dr.
Lexington KY 40510


Accuprint, INC
2414 Palumbo Drive
Lexington KY 40509


Astro Controls, INC
1801 HURD DRIVE
Irving TX 75038


Baptist WORX
2600 Stanley Gault Parkway
Louisville KY 40223


Bourbon County Treasurer
301 Main St.
Paris KY 40361


BP FLEET MANAGER II
PO BOX 70887
Charlotte NC 28272-0887


Brock-McVey Co., Inc.
c/o David F. Pratt, Esq.
155 E. Main Street
Ste 215
Lexington KY 40507


C R CABLE CONSTRUCTION INC.
400 BLUE SKY PKWY
Lexington KY 40509


CAPE ELECTRICAL SUPPLY
1800 EAST HIGHWAY 80
Somerset KY 42501


City Electric MOTOR CO OF LEX
631 Kennedy Road
Lexington KY 40511-1821

CITY LIGHTING PRODUCTS  
PO BOX 33417  
Kansas City MO 64120-3417  

COLUMBIA GAS  
PO BOX 742523  
Cincinnati OH 45274-2523  

COMMONWEALTH INSPECTION BUREAU  
501 DARBY CREEK ROAD, SUITE 63  
Lexington KY 40509  

Commonwealth of Kentucky  
Department of Revenue  
Bankruptcy Department  
Frankfort KY 40602  

Commonwealth of Kentucky  
Education Cabinet  
Division of Unemployment Insurance  
8020 Veteran Memorial  
Florence KY 41042  

COMMUNITY TRUST BANK, 401K RETIREMENT  
PO BOX 2560  
Ashland KY 41105  

Community Trust Bank, Inc.  
P.O. Box 2947  
Pikeville KY 41502  

DIVISION OF CHILD SUPPORT  
PO BOX 14059  
Lexington KY 40512  

ELECTRONIC SPECIALTY COMPANY  
PO BOX 400  
1325 DUNBAR AVE.  
Dunbar WV 25064  

ENTERPRISE, LLC  
270 SOUTH LIMESTONE  
Lexington KY 40508

```
EQUIPMENT DEPOT
PO BOX 8500-8352
Philadelphia PA 19178-8352


EXPRESS EMPLOYMENT SERVICES
PO BOX 535434
Atlanta GA 30353-5434


FRANKFORT PLANT BOARD
317 WEST SECOND STREET
Frankfort KY 40602


FRANKLIN CO. PLANNING & ZONING
321 WEST MAIN STREET
Frankfort KY 40601


GEXPRO
PO BOX 100275
Atlanta GA 30384-0275


GIDEONS INTERNATIONAL
PO BOX 24432
Lexington KY 40524


GRAYBAR ELECTRIC COMPANY
12444 Collections Center Dr.
Chicago IL 60693-2444


GUARDIAN DENTAL
PO BOX 95101
Chicago IL 60694-5101


IKON FINANCIAL SERVICES
PO BOX 740541
Atlanta GA 30374


IKON OFFICE SOLUTIONS
PO BOX 802815
Chicago IL 60680-2815


Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia PA 19114
```

```
James Milner, I
3609 Gingermill Ct.
Lexington KY 40509


JIFFY FASTENING SERVICES
PO BOX 5039
Lexington KY 40505


KENTUCKY STATE TREASURER
101 SA HERO RD. STE#100
Frankfort KY 40601-5405


KENTUCKY UTILITIES
820 WEST BROADWAY
Louisville KY 40202-2218


KENTUCKY UTILITIES MONTHLY BILL
PO BOX 539013
Louisville KY 40202-2218


KOORSEN FIRE AND SECURITY
141 VENTURE CT.
KY 40501


LARRY RICE ELECTRICAL INSPECTN
PO BOX 1148
Mount Sterling KY 40353


LEXINGTON FAYETTE CO GOV'T
PO BOX 3090
Lexington KY 40508


LEXINGTON TROPHY
345 OLD VIRGINIA AVE.
Lexington KY 40504


LOEB ELECTRICAL COMPANY
915 WILLIAMS AVENUE
Columbus OH 43212


LOWE'S BUSINESS ACCOUNT
PO BOX 5300970
Atlanta GA 30353-0970
```

```
LYNN IMAGING
328 OLD VINE ST.
Lexington KY 40507


Martin B. Tucker, Esq.
Frost Brown Todd LLC
250 West Main Street
Ste 2800
Lexington KY 40507


MIKE SHANNON
106 FALCON CREST DR.
Lebanon KY 40033


MOBILE MINI, INC
2710 MILLERS LANE
Louisville KY 40216


NESCO
40 HUDSON ROAD
Canton MA 02021


NEW YORK LIFE INSURANCE
PO BOX 742545
Cincinnati OH 45274-2545


NEWBY'S ECONOMY GLASS
 679C MAGNOLIA AVE.
Lexington KY 40505


NIXON POWER SERVICES
297 HILL AVENUE
PO BOX 30007
Nashville TN 37241-0007


NORLIGHT, INC
 PO BOX 740094
Cincinnati OH 45274-2545


NOVAR CONTROLS
PO BOX 847697
Dallas TX 75284
```

```
OFFICE DEPOT
PO BOX 689020
Des Moines IA 50368-9020


PROCOM
1 FOUNTAIN SQUARE
Chattanooga TN 37402


PROFESSNIAL FORMS & SYSTEMS, INC.
110 PARKER LANE
Nicholasville KY 40356-8115


RELECTRIC
1711 ROGER AVENUE
San Jose CA 95112


REXEL SOUTHLAND
1440 SUNSHINE LANE
Lexington KY 40505


SAMPLER PUBLICATIONS
121 PROSPEROUS PLACE, SUITE 5B
Lexington KY 40509


SMITH & SMITH
200 SOUTH FIFTH STREET
Louisville KY 40202


STATE OF FLORIDA DISBURSEMENT
PO BOX 8500
Tallahassee FL 32314-8500


SUNBELT RENTALS, INC
PO BOX 579
Newington VA 22122-0579


W.A. CONTRACTING, INC
4497 CRAWLEY LANE
Lexington KY 40515


WILLIAM R. RUSHING
5196 SHEPHARD LANE
Lexington KY 40515
```

```
WLS LIGHTING SYSTEMS
PO BOX 100519
Fort Worth TX 76185
```